IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      No. CV 12-536 RB/GBW
                                                         CR 11-345 RB

JON DEE MICAH PENNINGTON,

    Defendant.

## O R D E R

This matter comes before the Court on Defendant's motion for an extension of time to file a response to Plaintiff motion for relief under 28 U.S.C. 2255.  *Doc. 6.*

Defendant requests that the Court extend his deadline to file a response from June 18 to July 18, 2012.  *Id.* ¶ 1.  Defendant argues that this time is necessary in order to obtain an affidavit from Plaintiff's trial counsel.  *Id.* ¶¶ 1, 4.  Defendant asserts that Plaintiff is serving a sixty (60) month sentence, and that a thirty day delay will not prejudice him.  *Id.* ¶¶ 3, 4.  The Court finds the motion well-taken and will therefore grant it.

Wherefore, **IT IS HEREBY ORDERED** that Defendant's deadline to file a response to Plaintiff's motion, (*doc. 2*), is granted.  The new deadline is July 18, 2012.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE